373 A.2d 1145

Emery v. Borough of Lewistown et al., Appellants.

Argued March 15, 1977. Robert Siegel, with him Siegel and Siegel, for appellants; Richard C. Angino, with him Hurwitz, Klein, Benjamin & Angino, for appellee.

Judgment affirmed.

VAN der VOORT, J., dissents.